# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 285 |
| | : | |
| APPOINTMENT TO THE APPELLATE | : | APPELLATE PROCEDURAL RULES |
| COURT PROCEDURAL RULES | : | |
| COMMITTEE | : | DOCKET |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of January, 2020, the Honorable Maureen Lally-Green (Ret.), Allegheny County, is hereby appointed as a member of the Appellate Court Procedural Rules Committee for a term ending on August 1, 2024.